No. 73–6041. MERCER v. WINSTON. Sup. Ct. Va. Certiorari denied.

No. 73–6052. TORRES v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6059. RALSTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6062. SCHWARTZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6088. INMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6093. NAVARETTE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–6096. COLWELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6107. GRIGGS v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–6108. STOCKER, AKA LANCE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–6114. HUFFMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6121. REYNOLDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6126. ECKLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6128. SCHULTZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.